# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2025 ND 23

First National Bank of Omaha,                    Plaintiff and Appellee

v.

Shane L. Yates,                                  Defendant and Appellant

No. 20240274

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Tristan J. Van de Streek, Judge.

AFFIRMED.

Per Curiam.

Dylan M. Evans, Fargo, ND, for plaintiff and appellee; submitted on brief.

Shane L. Yates, self-represented, Fargo, ND, defendant and appellant; submitted on brief.

## First National Bank of Omaha v. Yates
## No. 20240274

**Per Curiam.**

[¶1]   Shane Yates appeals from an order denying his motion for relief from judgment. Yates argues the district court erred in denying his motion for relief because First National Bank of Omaha improperly served him with the summons and complaint, and relief under N.D.R.Civ.P. 60(d)(1) was appropriate. Yates was personally served by the Cass County Sheriff's Department, which is evidenced by the Sheriff's affidavit of service and acknowledged in Yates's answer. We summarily affirm under N.D.R.App.P. 35.1(a)(1), concluding the appeal is frivolous and completely without merit.

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr